61  287
a63  607

BARBARA PFUELB, PLAINTIFF IN ERROR, v. THE PENN-
SYLVANIA RAILROAD COMPANY, DEFENDANT IN
ERROR.

On error to the Supreme Court.  For opinion of the Su-
preme Court, see 31 *Vroom* 278.

For the plaintiff in error, *Samuel Kalisch.*

For the defendant in error, *Vredenburgh & Garretson.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the
reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, COL-
LINS, DIXON, GARRISON, GUMMERE, LUDLOW, ADAMS,
BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDEN-
BURGH.  13.

*For reversal*—None.